No. 65, Orig. TEXAS v. NEW MEXICO. Motion of the River Master for award of compensation and fees granted, and the River Master is awarded a total of $2,808 for the period January 1 through March 31, 1995, to be paid equally by the parties. [For earlier order herein, see, *e. g.*, 513 U. S. 997.]

No. 94–7427. LIBRETTI v. UNITED STATES. C. A. 10th Cir. [Certiorari granted, *ante*, p. 1035.] Motion for appointment of counsel granted, and it is ordered that Sara Sun Beale, Esq., of Durham, N. C., be appointed to serve as counsel for petitioner in this case.

No. 94–967. FIELD ET AL. v. MANS. C. A. 1st Cir. Certiorari granted.

No. 94–1530. THINGS REMEMBERED, INC. v. PETRARCA. C. A. 6th Cir. Certiorari granted.

No. 94–1140. 44 LIQUORMART, INC., ET AL. v. RHODE ISLAND ET AL. C. A. 1st Cir. Certiorari granted limited to the following question: "Whether Rhode Island may, consistent with the First Amendment, prohibit truthful, nonmisleading price advertising regarding alcoholic beverages?"

No. 94–1295. BLANDFORD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–1308. CHILDERS ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–1329. PLANTATION LANDING RESORT, INC. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 94–1351. WERNER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–1383. BLOOMINGDALE PUBLIC SCHOOLS ET AL. v. WASHEGESIC, AS NEXT FRIEND OF PENSINGER, ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–1392. HAUERT v. UNITED STATES. C. A. 7th Cir. Certiorari denied.